UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| A.F.Z.,<br><br>                                  Petitioner,<br><br>        v.<br><br>WARDEN, IRWIN COUNTY DETENTION<br>CENTER, *et al.*<br><br>                                  Respondents | Case No. 7:26-cv-100 (WLS-AGH)<br><br>**PETITION FOR WRIT OF<br>HABEAS CORPUS**<br><br>Alien File No. 222-512-262 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

On April 8, 2026, the Court ordered that Petitioner be provided with a bond hearing to determine if Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. Petitioner was provided with that bond hearing on April 13, 2026. As Petitioner was provided with the ordered remedy, Petitioner is now seeking to voluntarily dismiss in the above-captioned case pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Petitioner and his counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Respondents.

DATED this 14th day of April, 2026.

By: /s/ Carlos E. Solomiany
    Carlos E. Solomiany, Esq.
    *Ross and Pines, LLC*
    Attorney for the Petitioner
    5555 Glenridge Connector, Suite 435
    Atlanta, Ga. 30342
    404-812-4300 (tel.)
    404-812-4303 (fax.)
    carlos@rossandpines.com

SO ORDERED this ___15th___ day
of __April, 2026__.

W. Louis Sands, Sr. Judge
United States District Court

1